AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Jonathan AGRAMONTE

*Plaintiff*

v.

Richard SHRAGER and RICH FOODS 37, LLC

*Defendant*

Civil Action No. 14 CV 3074

JUDGE ENGELMAYER

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RICH FOODS 37, LLC
12 East 37th Street
New York, NY 10016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Garbarini
GARBARINI FITZGERALD P.C.
420 Lexington Ave, Suite 2743
New York, NY 10170

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: 04/30/2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* RICH FOODS 37, LLC

was received by me on *(date)* MAY 01 2014 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* FABIOLA RYELA MANAGER, who is designated by law to accept service of process on behalf of *(name of organization)* RICH FOODS 37, LLC on *(date)* MAY 02 2014 AT 2:04 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: MAY 03 2014

*Server's signature*

Alvin Gonzalez, Process Server
*Printed name and title*

153 East 110th ST, P.O. Box 1002
New York, NY 10029-0293

*Server's address*

Additional information regarding attempted service, etc: