UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JONATHAN AGRAMONTE, on behalf of himself and all   Case No.:
other similarly situated employees,   14-CV-3074 (PAE)

                                Plaintiff,

                                                          **NOTICE OF**
          -against-                                  **APPEARANCE**

RICHARD SHRAGER and RICH FOODS 37, LLC,

                                Defendants.
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that Yale Pollack, Esq. of Kaufman Dolowich & Voluck , LLP hereby appears as counsel to Defendants RICHARD SHRAGER and RICH FOODS 37, LLC, in connection with the above-captioned action.  Please forward all future correspondence and litigation documents to the attention of the undersigned.

Dated:       Woodbury, New York
                June 6, 2014

                              KAUFMAN DOLOWICH & VOLUCK LLP

                              By:    */s/ Yale Pollack*_____
                                    Yale Pollack, Esq.
                            *Attorneys for Defendants*
                            135 Crossways Park Drive, Suite 201
                            Woodbury, New York 11797
                            Tel: (516) 681-1100
                            Fax: (516) 681-1101
                            ypollack@kdvlaw.com

4839-5601-2571, v.  1