

**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Jeffery A. Meyer, Esq.
jmeyer@kdvlaw.com

**MEMO ENDORSED**

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

June 6, 2014

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/9/2014
```

    Re:    *Agramonte v. Shrager et al*
             Case Number: 14 CV 3074 (PAE)

Dear Judge Engelmayer:

    This office has recently been retained to represent the Defendants in the above-referenced matter. Pursuant to Your Honor's Individual Practices, we write this letter to respectfully request an extension of time on behalf of Defendants to file a response to the Complaint.

    Based on our firm's recent retention and the need to speak with our client regarding the allegations in the Complaint, as well as to review relevant documents, we respectfully until July 3, 2014 to file a response to the Complaint. We have attempted to contact Plaintiff's attorney, Richard Garbarini, Esq., to request his permission for an extension of time to respond to the Complaint, but he has not responded to our calls. This is Defendants' first request for an extension of time to respond to the Complaint and the extension does not affect any currently scheduled dates in the matter based on our review of the Court's docket.

    We respectfully request that you grant Defendants' request. Thank you for your time and consideration.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

Jeffery A. Meyer

6/9/14

The Court will extend defendants' time to answer the Complaint until June 27, 2014.
**SO ORDERED:**

*Paul A. Engelmayer*

**HON. PAUL A. ENGELMAYER**
**UNITED STATES DISTRICT JUDGE**

cc:    Richard Garbarini, Esq. (via ECF)

ND: 4821-0081-7691, v. 1