UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JONATHAN AGRAMONTE, on behalf of himself and all     Case No.:
other similarly situated employees,                                          14-CV-3074 (PAE)

                                    Plaintiff,

         -against-                                    **RULE 7.1 STATEMENT**

RICHARD SHRAGER and RICH FOODS 37, LLC,

                                    Defendants.
-----------------------------------------------------------------------X

       Pursuant to Fed. R. Civ. P. 7.1, Defendant RICH FOODS 37, LLC ( "Defendant"), being a nongovernmental corporate party, by and through its attorneys, Kaufman Dolowich & Voluck, LLP, hereby discloses that Defendant has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated: Woodbury, New York
        June 27, 2014

                                              KAUFMAN DOLOWICH & VOLUCK, LLP

                                              By: _____
                                                  Jeffery A. Meyer
                                                  Yale Pollack
                                            *Attorneys for Defendants*
                                            135 Crossways Park Drive, Suite 201
                                            Woodbury, New York 11797
                                            (516) 681-1100

4820-9897-2695, v. 1