UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JONATHAN AGRAMONTE, on behalf of himself and all other similarly situated employees,

                              Plaintiff,

          -against-

RICHARD SHRAGER and RICH FOODS 37, LLC,

                            Defendants.
------------------------------------------------------------------X

Case No.:
14-CV-3074 (PAE)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Angel R. Sevilla, Esq. of Kaufman Dolowich & Voluck, LLP hereby appears as counsel to Defendants RICHARD SHRAGER and RICH FOODS 37, LLC, in connection with the above-captioned action. Please forward all future correspondence and litigation documents to the attention of the undersigned.

Dated:      Woodbury, New York
               July 8, 2014

                                     KAUFMAN DOLOWICH & VOLUCK LLP

                                     By: _____
                                     Angel R. Sevilla, Esq.
                                     *Attorneys for Defendants*
                                     135 Crossways Park Drive, Suite 201
                                     Woodbury, New York 11797
                                     Tel: (516) 681-1100
                                     Fax: (516) 681-1101
                                     asevilla@kdvlaw.com

4835-2186-6012, v. 1