```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JONATHAN AGRAMONTE,
*on behalf of himself and all others similarly situated,*  :  14 Civ. 3074 (PAE)

                      Plaintiffs,  :  ORDER

      -v-

RICHARD SHRAGER, RICH FOOD 37, LLC,,

                      Defendants.

------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

Counsel advised the Court at today's conference that they expect this case to be resolved within a week. If the Court has not received a stipulation of dismissal by Friday, July 18, 2014, at 5 p.m., the Court will promptly schedule an initial pretrial conference for the following week.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 10, 2014
       New York, New York

1