Case 1:14-cv-03074-PAE   Document 15   Filed 07/18/14   Page 1 of 1

**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

Jeffery A. Meyer, Esq.
jmeyer@kdvlaw.com

www.kdvlaw.com

July 18, 2014

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/14

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   *Re:*   *Agramonte v. Shrager et al*
          *Case Number: 14 CV 3074 (PAE)*

Dear Judge Engelmayer:

This office represents the Defendants in the above-referenced matter. Pursuant to Your Honor's Individual Practices, we write this letter to respectfully request a one (1) week extension of time of the deadline set forth in the Court's July 10, 2014 Order, requiring a stipulation of dismissal to be filed today if the matter was resolved.

We are currently involved in discussions with our client regarding settlement of the action. However, despite our best efforts, we have been unable to reach a resolution acceptable to all parties by today. We believe that a brief extension of one (1) week until July 25, 2014 will assist in continuing settlement discussions to see if the matter can be resolved without further Court intervention. This is Defendants' first request for an extension of time to submit a stipulation resolving the matter. Plaintiff's counsel does not consent to the extension and the extension does not affect any currently scheduled dates on the Court's docket (besides today's deadline to file the stipulation of dismissal).

We respectfully request that you grant Defendants' request. Thank you for your time and consideration.

                                    Respectfully submitted,
                                    Kaufman Dolowich & Voluck, LLP

                                    Jeffery A. Meyer                                          7/21/14

cc:   Richard Garbarini, Esq. (via ECF)

Defendants' request is denied. The Court will hold the pretrial conference on Thursday, July 24, 2014, at 4 p.m.

ND: 4829-7563-4972, v. 1

**SO ORDERED:**

*Paul A. Engelmayer*
_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

New York | Pennsylvania | New Jersey | San Francisco