UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JONATHAN AGRAMONTE, on behalf of himself and all other similarly situated employees,

                Plaintiff,

      v.

RICHARD SHRAGER and RICH FOODS 37, LLC,

                Defendants.
---------------------------------------------------------------x

Case No.: 14-cv-3074 (PAE)

**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO AMEND THE COMPLAINT PURSUANT TO RULE 15**

      **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Richard M. Garbarini, the memorandum of law and the exhibit annexed thereto, served and filed herewith, Plaintiff will move this Court before the Honorable Paul A. Engelmayer, U.S.D.J., at 500 Pearl Street, New York, NY on a date and time set by this Court, for an order pursuant to Federal Rule of Civil Procedure 15(a)(2) allowing Plaintiff to file the annexed Proposed First Amended Complaint. Counsel for Plaintiff has diligently attempted to contact counsel for the Defendants to obtain their consent, but has received no reply to numerous phone messages and e-mails.

      By the Proposed First Amended Complaint, Plaintiff seeks to withdraw all claims made regarding over-time compensation and spread-of-hours pay in order to conform to the facts.

      **PLEASE TAKE FURTHER NOTICE** that Plaintiff requests oral argument on this motion.

Dated: July 28, 2014
       New York, New York

Respectfully submitted,

GARBARINI FITZGERALD P.C.

By: _____
    Richard M. Garbarini

                                                    rgarbarini@garbarinilaw.com  
                                                    420 Lexington Ave, Suite 2743  
                                                    New York, New York  
                                                    Phone: 212.300.5358  
                                                    Fax: 888.265.7054

                                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on July 28, 2014, a true and correct copy of the foregoing NOTICE OF MOTION, DECLARATION OF RICHARD GARBARINI and the MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF JONATHAN AGRAMNOTE MOTION FOR LEAVE TO AMEND THE FIRST AMENDED COMPLAINT was served on the following counsel of record via this Court's ECF system:

Jeffrey Meyer
Yale Pollak
Kaufman Dolowich
135 Crossways Park Drive
Suite 201
Woodbury, NY 11797

*Attorneys for Defendants*

Dated: July 26, 2014                                    GARBARINI FITZGERALD P.C.

                                                        By: _____
                                                            Richard Garbarini