UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JONATHAN AGRAMONTE, on behalf of
himself and all other similarly situated
employees,

                     Plaintiff,

v.

RICHARD SHRAGER and RICH FOODS 37,
LLC,
                     Defendants.
-----------------------------------------------------------x

Case No.: 14-cv-3074 (PAE)

CONSENT TO JOIN COLLECTIVE
ACTION (FAIR LABOR STANDARDS
ACT, 29 U.S.C. § 216(b))

I, _Jonathan Agramonte_, hereby consent to opt in to and become a party to the above-captioned collective action. I understand that by joining in this action, I will be bound by any adjudication of the Court in this action.

    I understand the lawsuit includes allegations that Defendants have failed to compensate workers for straight-time, overtime, breaks, and spread-of-hours pay as well as the illegal retention of tips and charges for tools-of-the-trade. I was employed by Defendants, during some or all of the period from six years prior to the filing of the lawsuit to the date of this consent. This lawsuit has been brought on my behalf and on behalf of all similarly situated employees of the Defendants, pursuant to Section 216(b) of the FLSA. I understand that the lawsuit seeks to recover unpaid compensation, liquidated damages, attorneys' fees, costs and other relief. I agree that I am bound by the terms of the professional Services Agreement signed by me in this case.

**NO RETALIATION PERMITTED, FEDERAL LAW PROHIBITS DEFENDANTS FROM TAKING ANY ACTION AGAINST YOU BECAUSE YOU ELECT TO JOIN THIS ACTION BY FILLING OUT THIS CONSENT FORM OR OTHERWISE EXERCISING YOUR RIGHTS UNDER THE FAIR LABOR STANDARDS ACT.**

Printed Name: _Jonathan Agramonte_
Signature: _Jonathan Agramonte_
Date: _8-4-2014_