```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JONATHAN AGRAMONTE,
*on behalf of himself and all others similarly situated,*    :    14 Civ. 3074 (PAE)

                      Plaintiff,    :    ORDER

      -v-

RICHARD SHRAGER, RICH FOOD 37, LLC,,

                      Defendants.

------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      On August 5, 2014, plaintiff moved for conditional certification of this case as a collection action under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. *See* Dkt. 26–29. Defendants' opposition is due August 26, 2014. Plaintiff's reply is due September 2, 2014.

      SO ORDERED.

                                                *Paul A. Engelmayer*
                                                Paul A. Engelmayer
                                                United States District Judge

Dated: August 5, 2014
         New York, New York