**GARBARINI FITZGERALD P.C.**

420 Lexington Avenue
Suite 2743
New York, New York 10170
Phone: 212.300.5358
Fax: 888.265.7054
www.garbarinilaw.com

August 8, 2014

**VIA ECF**

Honorable Henry Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re.:   *Agramonte v. Shrager et al.,* 14-cv-3074 (PAE)
           Request for an Adjournment

Your Honor:

    I represent the Plaintiff in the above matter and submit this correspondence to address an error on my part which I deeply regret. I made arrangements to have my partner cover the rescheduled conference, but made an error in conveying the rescheduled time. I humbly apologize to the Court and counsel. I sincerely respect the Court's and counsel's time, and hope the Court will see fit to set an adjourned time for the scheduling conference.

                              GARBARINI FITZGERALD P.C.

                              By: _____
                                    Richard M. Garbarini

cc:    Jonathan Meyer, Esq. (Counsel for Defendants)(VIA ECF).

CERTA BONUM CERTAMEN ◆ FIGHT THE GOOD FIGHT