UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

JONATHAN AGRAMONTE,
*on behalf of himself and all others similarly situated,*      :      14 Civ. 3074 (PAE)

                                  Plaintiffs,      :      ORDER

                    -v-

RICHARD SHRAGER, RICH FOOD 37, LLC,,      :

                                Defendants.      :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

On November 3, 2014, the parties notified the Court that they have not reached a settlement agreement. Dkt. 44. Accordingly, defendant's opposition to plaintiff's pending motion for class certification is due by November 24, 2014. Plaintiff's reply is due by December 8, 2014. In addition, both parties are directed to respond to all outstanding written discovery requests by December 5, 2014.

The Court has signed the case management plan, including setting a date for a post-discovery conference. In light of the delays to date in the progress of this case and counsel's regrettable inability to work together collegially, the parties should not expect any extensions to this schedule.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 4, 2014
       New York, New York